UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:12-CR-351-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER ON |
| | ) | MOTION TO SEAL |
| CANDY MEDLIN | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that Defendant's Motion for Variance Sentence be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Motion for Variance Sentence.

This 30 day of December, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE