IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-351-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CANDY MEDLIN | ) | |

This matter is before the court on Defendant Candy Medlin's letter of May 20, 2015 [DE-552], which the court construes as a motion for clarification. In the court's Judgment as to Defendant Medlin [DE-415], the defendant was required to pay a fine of $9,700.00 and restitution of $2,479.00. *See id.* at 5. At sentencing, the court stated that the defendant would be held jointly and severally liable for the restitution along with co-conspirators John Savage and George Myron Adams. However, the defendant was ordered to pay the fine of $9,700.00 without any joint or several liability. Thus, the defendant must pay the fine on her own, while liability for the restitution is shared with her co-conspirators.

SO ORDERED.

This, the 1st day of June, 2015.

JAMES C. FOX
Senior United States District Judge