IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00351-F-2
No. 5:16-CV-00642-F

CANDY MEDLIN,                      )
          Petitioner,            )
                           )
                           )
          v.                       )          O R D E R
                           )
UNITED STATES OF AMERICA,          )
          Respondent.            )

       The motion Petitioner filed to vacate, set aside, or correct the sentence pursuant to 28

U.S.C. § 2255, received on June 30, 2016, does not substantially follow the form appended to

the Rules Governing Section 2255 Proceedings and is therefore not in compliance with Rule 2(c)

of the Rules Governing Section 2255 Proceedings and Local Civil Rule 81.2 of this court. The

Clerk is DIRECTED to send a copy of the appropriate form to Petitioner. Petitioner must

complete the form in its entirety, sign it under penalty of perjury (or a person authorized by

Petitioner, such as an attorney, may sign it) and file the original with the Clerk of this court.

       **Petitioner is DIRECTED to return the form, in accordance with these instructions,**

**within fourteen (14) days from the filing of this order. Failure to do so may result in the**

**dismissal of this action or the striking of the motion.**

       Send the original of the corrected § 2255 form to[1]:

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, NC 27611

---

[1] A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

Petitioner asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and he previously qualified for appointed counsel. Therefore, pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015), the Office of the Federal Public Defender is appointed to represent Petitioner to determine if she may qualify for post-conviction relief.

SO ORDERED.

This ___ 5 day of July , 2016.

James C. Fox

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

2